**[J-79-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 134 MAP 2014 |
| | : |
| Appellant | : Appeal from the Order of the Superior |
| | : Court entered on May 7, 2014 at No. |
| | : 1178 MDA 2013, affirming in part and |
| v. | : reversing in part the Judgment |
| | : of Sentence of the Court of Common |
| | : Pleas of York County, Criminal |
| TYRONE LOWE, | : Division, entered on February 6, 2013 at |
| | : No. CP-67-CP-4522-2012 |
| Appellee | : |
| | : SUBMITTED:  November 12, 2015 |


**ORDER**


**PER CURIAM**                                                    **DECIDED:  February 16, 2016**

AND NOW, this 16th day of February, 2016, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**


Mr. Justice Eakin did not participate in the consideration or decision of this matter.